PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Del Montez Crawford</u>     Case Number: <u>3:09-00279</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>July 2, 2010</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>41 months' custody followed by two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>August 24, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>Jude T. Lenahan</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>26</u> day of <u>July</u>, 2013, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place     <u>Nashville, Tennessee</u>

Date     <u>July 25, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    On July 18, 2013, Mr. Crawford tested positive for cocaine use.

    Mr. Crawford reported to the probation office on July 18, 2013, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for cocaine. Mr. Crawford denied use. The specimen was sent to the laboratory and was confirmed positive for cocaine.

**Compliance with Supervision Conditions and Prior Interventions:**

Del Montez Crawford began his term of supervised release on August 24, 2012. His term of supervision is scheduled to expire on August 23, 2014. Mr. Crawford is employed with Tri-Star Cleaning, and is placed at International Academy of Design and Technology as a janitor.

On July 19, 2013, a home visit was conducted at Mr. Crawford's residence that he shares with his wife and children. He, again, denied use of any illegal drug, and stated, "I'm not worried about the results from the lab." Mr. Crawford has not previously tested positive for an illegal drug while on supervision.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended that Mr. Crawford continue on supervised release with increased drug testing. This issue was staffed with the treatment provider at Centerstone Mental Health. The therapist recommended to increase Mr. Crawford's drug testing to monitor any drug usage, in that any repeat positive drug screens will evidence an ongoing pattern rather than an isolated incident. Should Mr. Crawford test positive again for an illegal drug, the therapist will enroll him into substance abuse treatment. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer